**STATE of Missouri, Respondent,**

v.

**Tywan JOHNSON, Appellant.**

**No. WD 68631.**

Missouri Court of Appeals,
Western District.

Dec. 16, 2008.

Kent Denzel, Esq., Columbia, MO, for appellant.

Shaun Mackelprang, Esq. and Cory Lee Atkins, Esq., Jefferson City, MO, for respondent.

Before THOMAS NEWTON, C.J., and VICTOR HOWARD and ALOK AHUJA, JJ.

**ORDER**

PER CURIAM:

Appellant Tywan Johnson appeals from his conviction after a jury trial in the Circuit Court of Boone County for forcible sodomy under § 566.060, RSMo 2000 (Count I), armed criminal action under § 571.015 (Count II), and resisting arrest under § 575.150 (Count III), arguing that the trial court committed plain error by permitting a law enforcement officer to purportedly testify as to the credibility of the complaining witness. We affirm. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. Rule 30.25(b).